MOW 2016-1.2 (12/2016)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

IN RE: William Crawford           )
      Angela Crawford         )  Case No.  17-43466
                    )
      Debtor(s)            )

**MOTION FOR POST-CONFIRMATION FEES**

       In accordance with Local Rule 2016-1F, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

_____X_____    Motions to Suspend or Abate Payments - $250
                 Date Application/Motion filed 8/17/2020
_____X_____    Obtaining Confirmation of Amended Plan - $350
                 Date Amendments filed 8/6/2020

The services indicated above having been completed, additional compensation is hereby requested in the amount of $600.00, and expenses in the amount of $ 0.00.

      **I hereby certify that the services referenced in this motion were actually provided after the original confirmation (7/9/19) of the plan in this case.**

 Dated: 09/02/2020                      Respectfully submitted,
                                     W  M  Law

                                   /s/ G. Addam Fera
                                   G. Addam Fera, MO# 51272
                                   15095 W. 116th St.
                                   Olathe, KS 66062
                                   fera@wagonergroup.com
                                   Phone (913) 422-0909 Fax (913) 428-8549
                                   ATTORNEY FOR DEBTOR(S)

**NOTICE OF MOTION**
Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov. Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order allowing the fees.

**CERTIFICATE OF SERVICE**
Attorney for Debtors hereby Certifies Service on Debtors, Richard Fink, the United States Trustee, and parties requesting notice via electronic filing and/or depositing in the U.S. Mail. Motions for post-confirmation fees in excess of $1,000 must be noticed to all creditors pursuant to Local Rule 2016-1 C.
  DEBTORS VIA US MAIL - 1010 Golden Avenue Excelsior Springs, MO  64024
Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Rm 1510, Kansas City, MO  64106
                                        /s/ G. Addam Fera