MOW 2016-1.2 (12/2016)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE: William Crawford     )
   Angela Crawford    ) Case No.  17-43466
            )
   Debtor(s)      )

## MOTION FOR POST-CONFIRMATION FEES

  In accordance with Local Rule 2016-1F, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

_____X_____ Review of a Notice of Payment Change or a Notice of Fees, Expenses, and
    Charges (Local Rule 3094-1.C.3. (without filing an objection) - $50
    Date Notice Filed 9/18/2020

The services indicated above having been completed, additional compensation is hereby requested in the amount of $50.00, and expenses in the amount of $ 0.00.

**  I hereby certify that the services referenced in this motion were actually provided after the original confirmation (7/9/19) of the plan in this case.**

Dated: 09/28/2020       Respectfully submitted,
              W  M  Law

           /s/ G. Addam Fera
           G. Addam Fera, MO# 51272
           15095 W. 116th St.
           Olathe, KS 66062
           fera@wagonergroup.com
           Phone (913) 422-0909 Fax (913) 428-8549
           ATTORNEY FOR DEBTOR(S)

## NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov. Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order allowing the fees.

## CERTIFICATE OF SERVICE

Attorney for Debtors hereby Certifies Service on Debtors, Richard Fink, the United States Trustee, and parties requesting notice via electronic filing and/or depositing in the U.S. Mail. Motions for post-confirmation fees in excess of $1,000 must be noticed to all creditors pursuant to Local Rule 2016-1 C.
 DEBTORS VIA US MAIL - 1010 Golden Avenue Excelsior Springs, MO  64024
Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Rm 1510, Kansas City, MO  64106
           /s/ G. Addam Fera